# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 5, 2025

Lyle W. Cayce
Clerk

————————

No. 24-30564
Summary Calendar

————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Lloyd E. Barmore,

*Defendant—Appellant*.

—————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:14-CR-166-1

—————————————————————

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Lloyd E. Barmore has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Barmore has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30564

well as Barmore's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.